IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF RESIGNATION
OF KIM H. ROBINSON, BAR NO. 10477

No. 81188

**FILED**

MAY 21 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

*ORDER GRANTING PETITION FOR RESIGNATION*

This is a joint petition for attorney Kim H. Robinson's resignation from the Nevada bar.

SCR 98(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no disciplinary, fee dispute arbitration, or client security fund matters are pending against Robinson; and that Robinson is current on all membership fee payments and other financial commitments relating to Robinson's practice of law in this state. *See* SCR 98(5)(a)(1)-(2).

Bar counsel has recommended that the resignation be approved, and the Board of Governors has approved the application for resignation. *See* SCR 98(5)(a)(2). Robinson acknowledges that this resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct prior to resignation. *See* SCR 98(5)(c)-(d). Finally, Robinson has submitted an affidavit of compliance with SCR 115. *See* SCR 98(5)(e).

The petition satisfies the requirements of SCR 98(5). Accordingly, we

20-19378

approve attorney Kim H. Robinson's resignation. SCR 98(5)(a)(2). The petition is hereby granted.

It is so ORDERED.

_Pickering_, C.J.

cc:    Bar Counsel, State Bar of Nevada
Nevada Legal Services/Carson City
Executive Director, State Bar of Nevada
Admissions Office, United States Supreme Court